MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

   150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5589
Facsimile: (408) 535-5066
Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-654 EJD |
|     Plaintiff, | ) | |
| | ) | STIPULATION AN D [PROPOSED] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | AND EXCLUDING TIME UNDER THE |
| ANGEL CLARA-MENDEZ, | ) | SPEEDY TRIAL ACT |
|     Defendant. | ) | |
| _____ | ) | |

## STIPULATION

    The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Angel Clara-Mendez, by and through Assistant Federal Public Defender Diana A. Garrido, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, November 5, 2012, at 1:30 p.m., shall be continued to Monday, December 3, 2012, 2012, at 1:30 p.m.

    The continuance is requested to provide both government and defense counsel with additional time to review discovery and to negotiate an appropriate resolution. The continuance

1

1 would provide both parties with the reasonable time necessary for effective preparation.

2 Accordingly, both parties respectfully request that the time between November 5, 2012 and

3 December 3, 2012 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and

4 (B)(iv).

5

6 Dated: November 1, 2012                    _____/s/_____
                                            MEREDITH J. EDWARDS
7                                           Special Assistant United States Attorney

8

9 Dated: November 1, 2012                    _____/s/_____
                                            DIANA A. GARRIDO
10                                          Assistant Federal Public Defender

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | <div align="center">**[PROPOSED] ORDER**</div> |
| 2 | Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that |
| 3 | the time between November 5, 2012 and December 3, 2012 is excluded under the Speedy Trial |
| 4 | Act, 18 U.S.C. § 3161.  The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), |
| 5 | that the failure to grant the requested continuance would unreasonably deny counsel reasonable |
| 6 | time necessary for effective preparation, taking into account the exercise of due diligence. |
| 7 | Furthermore, the Court finds that the ends of justice served by granting the requested continuance |
| 8 | outweigh the best interest of the public and the defendant in a speedy trial.  The Court therefore |
| 9 | concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and |
| 10 | (B)(iv). |

IT IS SO ORDERED.

DATED:  11/5/2012

THE HONORABLE EDWARD J. DAVILA
United States District Judge